# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| MICHAEL LOWRY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Number |
|  | ) 3:20-cv-00001-AKK-SGC |
| RICK SINGLETON, ET AL., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on February 13, 2020, recommending that Michael Lowry's action be dismissed without prejudice for failure to prosecute. Doc. 4. Although Lowry was advised of his right to file specific objections within fourteen days, no objections have been received by the court. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. A separate order will be entered.

DONE the 22nd day of April, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE

1